No. 05–5051.  PAQUETTE *v.* BERGHUIS, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 05–5052.  CRUMB *v.* APC TECHNOLOGY, INC.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 05–5053.  DAVIS *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 05–5054.  WALDRON *v.* CAIN, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 05–5055.  WALKER *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 05–5056.  BRISCOE-BEY *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 05–5057.  BLUFF *v.* UTAH.  Ct. App. Utah.  Certiorari denied.

No. 05–5058.  BROOKS *v.* MISSISSIPPI.  C. A. 5th Cir.  Certiorari denied.

No. 05–5059.  ZAYAS *v.* PENNSYLVANIA.  Super. Ct. Pa.  Certiorari denied.

No. 05–5060.  OWENS *v.* JEFFERSON COUNTY, TEXAS, DRUG IMPACT COURT.  C. A. 5th Cir.  Certiorari denied.

No. 05–5061.  WASHINGTON *v.* UNITED STATES.  Ct. App. D. C.  Certiorari denied.

No. 05–5062.  GANT *v.* UNIVERSITY OF TEXAS AT AUSTIN ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 05–5063.  GODFREY *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 05–5064.  GUZMAN *v.* MCGRATH, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 05–5065.  GROTEMEYER *v.* HICKMAN, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.